ETHEL M. SINEY, EXECUTRIX AND TRUSTEE OF THE ESTATE OF CLYDE L. SINEY, DECEASED, PLAINTIFF-APPELLANT, v. PEOPLES BANK OF HAWTHORNE, A CORPORATION OF NEW JERSEY, HARRY R. DOBLER AND JAMES DOBLER, DEFENDANTS-APPELLEES.

Submitted October term, 1936—Decided November 4, 1936.

Before BROGAN, CHIEF JUSTICE, and Justices CASE and PERSKIE.

For the plaintiff-appellant, *Saul M. Mann.*

For the defendants-appellees, for the bank, *Alexander M. MacLeod;* for the defendant James Dobler, *Beggs & Grimshaw.*

BROGAN, CHIEF JUSTICE. The trial court at the Passaic County Circuit struck out the complaint in the case as sham.

The plaintiff-appellant appeals from the order striking out the complaint. On behalf of the appellees we are met, *in limine,* with the point that a mere order, as such, striking out the complaint, is not appealable. This would seem to be so since no judgment has been entered. At least we find none in the state of case. *Lully, Admx.,* v. *National Surety Co.,* 106 *N. J. L.* 81; 148 *Atl. Rep.* 762; *Venditto* v. *Spratt's Patent (America), Ltd.,* 113 *N. J. L.* 357; 174 *Atl. Rep.* 697.

The appeal is dismissed, without prejudice, costs to the appellees.